RAYMOND M. BUDDIE, ESQ.     (SBN 121353)
GARY S. MOOREFIELD, ESQ.    (SBN 233360)
PECKAR & ABRAMSON, P.C.
250 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

Attorneys for Defendant,
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The UNITED STATES OF AMERICA, for the Use and Benefit of DESERT PLUMBING & HEATING COMPANY, INC., a Nevada Corporation,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:06-CV-00802-FCD-DAD<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

　　It is HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ("Travelers") be granted an extension to the time required to respond to the Amended Complaint of DESERT PLUMBING & HEATING COMPANY, INC. ("Desert").

　　The Amended Complaint was served by U.S. Mail on April 27, 2006 and is due to be answered or otherwise responded to by May 22, 2006 (20 days, plus 3 days for mail service, adjusted due to weekend/holiday enddate).

No other time extensions have been requested or granted regarding this response by either Party.

/ / /

/ / /

/ / /

1  The time for Travelers to respond to the Desert's Amended Complaint is to be extended
2  by 30 days, as provided in Local Rule 6-144. Travelers shall therefore have until Wednesday,
3  June 21, 2006 to answer or otherwise respond to Plaintiffs' Amended Complaint.

Dated: May 9, 2006                              PECKAR & ABRAMSON, P.C.

                                                By: _____/s/_____
                                                    Gary S. Moorefield, Esq.
                                                    Attorneys for Defendant,
                                                    TRAVELERS CASUALTY & SURETY
                                                    COMPANY OF AMERICA

Dated: May 9, 2006                              PEEL BRIMLEY, LLP

                                                By: _____/s/_____
                                                    Robert E. Schumacher, Esq.
                                                    Attorneys for Plaintiff,
                                                    DESERT PLUMBING & HEATING COMPANY,
                                                    INC.

IT IS SO ORDERED

Dated: May 12, 2006                              /s/ Frank C. Damrell Jr.
                                                 U.S. District Judge