1  ROBERT E. SCHUMACHER, ESQ.
State Bar No.155164

2  **PEEL BRIMLEY LLP**
3333 E. Serene Ave., Suite 200

3  Henderson, Nevada 89074
(702) 990-7272

4  *Attorney for Desert Plumbing &*
*Heating Company, Inc.*

5

6  **UNITED STATES DISTRICT COURT**

7  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  The UNITED STATES OF AMERICA, for the       **Case No.: 2: 06CV802 FCD-DAD**
Use and Benefit of DESERT PLUMBING &

10  HEATING COMPANY, INC., a Nevada
Corporation,                                   **STIPULATION AND ORDER TO STAY**

11                                             **ACTION**
                    Plaintiff,

12
v.

13
TRAVELERS CASUALTY & SURETY

14  COMPANY OF AMERICA, a Connecticut
corporation; and DOES I through X, inclusive,

15
                    Defendants.

16

17

18

19         COMES NOW Plaintiff, the UNITED STATES OF AMERICA, for the Use and Benefit

20  of DESERT PLUMBING & HEATING COMPANY, INC. ("DP&H"), by and through its

21  Attorney of record, Robert E. Schumacher, Esq., of the law offices of PEEL BRIMLEY LLP,

22  And Defendant, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

23  (hereinafter "Travelers") and its Attorney of record, Gary Scott Moorefield of PECKAR AND

24  ABRAMSON PC, hereby stipulate and agree that all proceedings in this case shall be stayed

25
26  pending settlement efforts between DP&H and Travelers.

           The reason for this stay is that the parties have been productively discussing a settlement

of this litigation and believe it would be productive to conduct further settlement discussions

PEEL BRIMLEY LLP
3333 E. SERENE AVE., SUITE 200
HENDERSON, NEVADA 89074

C:\windows\temp\notes101AA1\060607 stip stay.doc

1  which may lead to a resolution of this litigation, in whole or in part.  It is believed a stay of these

2  proceedings will allow the parties to complete such discussions without engaging in further

3  motion practice or other pre-trial proceedings.

4          This request is being made in good faith and not for the purpose of delay.

5          DATED this _____ day of June, 2006

6

7                                              **PEEL BRIMLEY LLP**

8

9                                                      /s/   Robert E. Schumacher
                                              Robert E. Schumacher, Esq.
10                                             State Bar No. 155164
                                              3333 E. Serene Avenue, Suite 200
11                                             Henderson, NV 89074-6178

12                                             Attorney for Desert Plumbing &
                                              Heating Company, Inc.
13

14         DATED this _____ day of June, 2006

15                                             **PECKAR AND ABRAMSON PC**

16

17                                                    /s/   Gary Scott Moorefield
                                              Gary Scott Moorefield
18                                             State Bar No. 233360
                                              250 Montgomery Street, 16th Fl.
19                                             San Francisco, CA  94104

20                                             Attorney for Travelers Casualty & Surety Company
21                                             of America

22

23                                             **ORDER**

24         IT IS SO ORDERED:

25         June 20, 2006

                                              /s/Frank C. Damrell, Jr.
26                                             HON. FRANK C. DAMRELL, JR.
                                              United States District Court Judge

PEEL BRIMLEY LLP
3333 E. SERENE AVE., SUITE 200
HENDERSON, NEVADA 89074