1  ROBERT E. SCHUMACHER, ESQ.
   State Bar No.155164
2  **PEEL BRIMLEY LLP**
   3333 E. Serene Ave., Suite 200
3  Henderson, Nevada 89074
   (702) 990-7272
4  *Attorney for Desert Plumbing &*
   *Heating Company, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The UNITED STATES OF AMERICA, for the Use and Benefit of DESERT PLUMBING & HEATING COMPANY, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:06CV802 FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, The UNITED STATES OF AMERICA, for the Use and Benefit of DESERT PLUMBING & HEATING COMPANY, INC. ("DPH"), by and through its counsel of record, Robert E. Schumacher, Esq. of the law offices of PEEL BRIMLEY LLP, and Defendant, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA (hereinafter "Travelers"), by and through its counsel of record, Gary S. Moorefield, Esq. of the law offices of

/ / /

/ / /

/ / /

/ / /

/ / /

G:\DOCS\FCD\orders to be signed\DESERT PLUMBING-
TRAVELERS Stip-Order Dismissal.doc

PECKAR & ABRAMSON, P.C., hereby stipulate and agree to dismiss the above-entitled action in its entirety with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 19th day of December, 2007.

**PEEL BRIMLEY LLP**

/s/ Robert E. Schumacher, Esq.
Robert E. Schumacher, Esq.
State Bar No. 155164
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074-6178
*Attorney for Desert Plumbing &*
*Heating Company, Inc.*

DATED this 19th day of December, 2007.

**PECKAR AND ABRAMSON PC**

/s/ Gary S. Moorefield, Esq.
Gary Scott Moorefield, Esq.
State Bar No. 233360
455 Market Street, 21st Floor
San Francisco, CA 94105
*Attorney for Travelers Casualty & Surety Company*
*of America*

**ORDER**

IT IS HEREBY ORDERED that the above-entitled action is dismissed in its entirety with prejudice.

DATED: December 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE